**Dismissed and Memorandum Opinion filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00691-CV

## NGOZI ORISAKWE IN HER CAPACITY AS PRESIDENT AND BOARD CHAIR OF UMUADA IGBO IN DISPORA USA, INC., HOUSTON CHAPTER; AND NGOZI ORISAKWE, INDIVIDUALLY, Appellants

### V.

## BRIDGET B. AKAZIE, AGNES OLOLO COMMY AWAGWU AND JANE DOE NOS. 1-20, Appellees

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-48440**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from an order signed July 24, 2014. Our records show that appellants have not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on

Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On September 8, 2014, this court notified appellants that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by September 18, 2014. No response was filed.

In addition, the clerk's record has not been filed in this appeal. On October 13, 2014, the Harris County Clerk's office notified this court that appellants have not paid for preparation of the record. That day, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants have not provided this court with proof of payment for the record or filed any other response to the court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.